UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cr-20582-RNS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LENWARD MARTINEZ,

     Defendant.

_____

## <u>LENWARD MARITNEZ' SENTENCING MEMORANDUM</u>

Defendant, Lenward Martinez, pursuant to Rule 32 of the Federal Rules of Criminal Procedure, ***United States v. Booker***, 125 S.Ct. 738 (2005), 18 U.S.C. §3553 (a), and the additional authorities set forth in the incorporated memorandum of law, submits this Sentencing Memorandum to assist the Court in Mr. Martinez' sentencing hearing, which is set for May 12, 2022, at 8:30 A.M.

Mr. Martinez pled guilty to Count 1 of the Indictment [DE 8], which charged him with conspiracy to possess with intent to distribute one thousand kilograms or more of marihuana while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a)(1) and 70506(b).

Mr. Martinez cooperated with the government and was willing to cooperate against others involved in similar conduct; however, his status at the end of this

Page **1** of **7**

"criminal totem pole" realistically made it virtually impossible for him to provide information that the government did not already have.

Mr. Martinez believes that after application and evaluation of the various factors set forth at 18 U.S.C. § 3553(a), a Guidelines sentence below the range computed in the Presentence Investigation Report [DE 26] would be appropriate in this case.

### Nature and Circumstances of the Offense.

When evaluating the nature and circumstances of Mr. Martinez' criminal activity it is important to consider that, while the circumstances are serious, his participation was not accomplished in a sophisticated manner. Indeed, Mr. Martinez was simply a crewman on the small boat transporting the marijuana. He had no connection to the contraband other than being paid a small sum of money for his work as a crew member on the boat.

Mr. Martinez would therefore respectfully argue that the most accurate, just and equitable sentence that the Court should impose would be a sentence below the range computed in the Presentence Investigation Report [DE 26], given the nature and particular aspects of this offense and Mr. Martinez' characteristics.

### Characteristics of the Defendant.

Mr. Martinez is thirty-seven years old. He was born in Bluefields,

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

Nicaragua.

His father, Dennis Jose Martinez, was a member of the Navy of Nicaragua who was killed in a war before Mr. Martinez was born. His mother, Erlinda Llanes, is 56 years old and works as a housekeeper on a cruise ship. During Mr. Martinez' childhood his mother worked at a corn company and provided for his basic needs.

Prior to his arrest and throughout his lifetime, Mr. Martinez resided in a two bedroom wooden house with electricity but no running water on Corn Island, Nicaragua.

Mr. Martinez has had absolutely no prior contacts with the criminal justice system here or anywhere else.

Mr. Martinez is illiterate, having only completed the first grade in elementary school.

He has worked the majority of his adult life as a lobster fisherman near his home on Corn Island, Nicaragua. He does not own a boat; therefore, he pays a boat captain a fee for the boat's services. As a lobster fisherman, Mr. Martinez earned $70 per day and netted $45 after paying the foregoing fee.

In evaluating his true character, Mr. Martinez would ask the Court to look at those facts: That he does not have any education, is illiterate and lives below the poverty level; and that he has been a good, decent and hard-working family man

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

who simply made a catastrophic mistake for which he is remorseful.

To his deep regret, although his intention was to help his family, in the long run he ended up harming them far worse, as they have been and will be without his loving, emotional support and just as importantly, without his ability to provide for them financially for an extended period of time.

### The Need to Reflect the Seriousness of the Offense, Promote Respect for the Law and Provide Just Punishment.

Mr. Martinez immediately realized his error in judgment and admitted responsibility for his wrongdoing to law enforcement officers in this case. He accepted responsibility for his actions and detailed not only his actions, but also those of other individuals.

### The Need to Protect the Public from Other Crimes of the Defendant.

Mr. Martinez has never been in trouble with the law before this. The criminal behavior that resulted in this case is an infinitesimal fraction of the individual that he has been throughout his life. Indeed, his family remains supportive of him and will welcome him home with open arms upon his return.

Given his strong work ethic, family support and his prior history of abiding by the law, Mr. Martinez is not an individual who will recidivate.

He is extremely remorseful for his actions and has learned his lesson. His otherwise law-abiding life and important family responsibilities will continue to

Page **4** of **7**

guide him to a future without crime.

## The Kind of Sentences Available.

Mr. Martinez respectfully submits that a sentence below the range suggested by the Guidelines would be most appropriate in this instance.

He urges the Court to conclude that a sentence which is proportional to the amount of his unrealized, small financial gain for his work as a crewman in this case would be fair.

The devastating consequences or Mr. Martinez' actions are magnified when considering that he has three very young children whom he supports and who will have to go without that support and will have to rely on the charity of others until he has completed his sentence and is returned to his home in Nicaragua.  Further, one of Mr. Martinez' children is handicapped and is not able to walk.

## Conclusion.

Mr. Martinez would respectfully suggest that when the infinitesimal degree of his involvement in this criminal venture is taken into consideration, the application of a sentence within or above the minimum suggested by the Guidelines would be a disproportionately severe sentence when compared to his conduct.

Mr. Martinez has fully accepted and admitted his wrongdoing. This behavior

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

was clearly out of character for him and he has vowed to never violate the law again.

His becoming a convicted felon and his incarceration for his actions here would serve the purpose of deterring others.

Therefore, based on the foregoing factors, Mr. Martinez would urge that a sentence below the recommended Guidelines range is warranted and justified in this case for the reasons detailed above and would serve the fundamental purpose of a sentence that is not greater than necessary to meet the statutory goals of 18 U.S.C. § 3553(a).

**DATED:**  May 11, 2022.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
Attorney for Mr. Lenward Martinez

[Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 11, 2022, the undersigned electronically filed with the Clerk of the Court using CM/ECF the foregoing Defendant's Sentencing Memorandum, which will serve copies thereof on all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
Attorney for Mr. Lenward Martinez
3250 Mary Street, Suite 406
Coconut Grove, Florida 33131
Telephone: (305) 444-0030
Fax: (305) 444-0039
Email: donet@dmt-law.com
Email: paralegals@dmt-law.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com